| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Armando M Aviles |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 18-17543 |

■ Check if this is an amended filing

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
  ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
  ■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1  Freedom Mortgage Corp**
Creditor's Name

907 Pleasant Valley Ave
Mount Laurel, NJ 08054
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    $106,876.00    $134,353.00    $0.00

1915 Hoover Street North Las Vegas, NV 89030  Clark County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred: Opened 01/16  Last Active 11/10/18    Last 4 digits of account number: 4002

---

**2.2  Pioneer Loan Center**
Creditor's Name

520 N. Eastern Ave., Ste. #130
Las Vegas, NV 89101
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    $4,374.00    $6,410.00    $0.00

2011 Toyota Camry 70,000 miles

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Debtor 1  **Armando M Aviles**                                                                                          Case number (if known)  **18-17543**
        First Name    Middle Name    Last Name

☐ Check if this claim relates to a community debt    ■ Other (including a right to offset)  **Title Loan**

**Date debt was incurred**                **Last 4 digits of account number**  **9607**

---

| 2.3 | **Right Size Funding** | Describe the property that secures the claim: | $11,000.00 | $3,921.00 | $0.00 |

Creditor's Name

**2012 Chevrolet Cruze N/A miles SURRENDER**

**PO Box 93385**
**Las Vegas, NV 89193**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Auto Loan**

**Date debt was incurred**  **2018**     **Last 4 digits of account number**  **8338**

---

Add the dollar value of your entries in Column A on this page. Write that number here:     **$122,250.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:     **$122,250.00**

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**Nevada West Financial**
**PO Box 94703**
**Las Vegas, NV 89139**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number  ___

**Fill in this information to identify your case:**

Debtor 1: **Armando M Aviles**

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): **18-17543**

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Armando M Aviles**            X _____
**Armando M Aviles**                        Signature of Debtor 2
Signature of Debtor 1

Date **January 18, 2019**                 Date

---

Official Form 106Dec    Declaration About an Individual Debtor's Schedules